1  Robert A. Weikert (SBN 121146)
   rweikert@nixonpeabody.com
2  Aldo E. Ibarra (SBN 268585)
   aibarra@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
4  San Francisco, CA  94111
   Tel:  (415) 984-8200
5  Fax:  (415) 984-8300

6  David L. May *(Pro Hac Vice Pending)*
   dmay@nixonpeabody.com
7  NIXON PEABODY LLP
   799 9th Street, NW, Suite 500
8  Washington, DC  20001
   Tel:  (202) 585-8000
9  Fax:  (202) 585-8080

10 Attorneys for Hästens Sängar AB

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HÄSTENS SÄNGAR AB,<br><br>　　　Plaintiff/Counter-Defendant,<br><br>　　　v.<br><br>E.S. KLUFT & COMPANY, INC., a Delaware Corporation; and<br>KLUFT IPCO, LLC, a Delaware Limited Liability Company,<br><br>　　　Defendants/Counterclaimants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 3:17-cv-01772-JD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. James Donato<br>United States District Court Judge |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in accordance with a settlement reached by and between the Parties to the above-entitled action, which is reflected in a confidential written settlement agreement, Plaintiff and Counter-Defendant Hästens Sängar AB and Defendants and Counterclaimants E.S. Kluft & Company, Inc. and Kluft IPCO, LLC (the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED WITHOUT PREJUDICE in its entirety, including the Counterclaim. Each of the Parties shall bear its own attorneys' fees and costs.

The Court shall retain jurisdiction to enforce the Parties' settlement.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 4, 2017   NIXON PEABODY LLP

*/s/ Robert A. Weikert*
Robert A. Weikert
Attorneys for Plaintiff and Counter-Defendant
Hästens Sängar AB

Dated: December 4, 2017   GREENBERG TRAURIG, LLP

*/s/ Nicholas A. Brown*
Nicholas A. Brown, Esq.
Attorneys for Defendants and Counterclaimants
E.S. Kluft & Company, Inc. and
Kluft IPCO, LLC

## **SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: December 4, 2017   NIXON PEABODY LLP

*/s/ Robert A. Weikert*
Robert A. Weikert
Attorneys for Plaintiff
Hästens Sängar AB

# **ORDER**

Plaintiff and Counter-Defendant Hästens Sängar AB and Defendants and Counterclaimants E.S. Kluft & Company, Inc. and Kluft IPCO, LLC, being all of the parties of record in this action, having reached a settlement which is reflected in a confidential written settlement agreement, and having stipulated by and through their respective counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby is, DISMISSED WITHOUT PREJUDICE in its entirety, including the Counterclaim.

IT IS FURTHER ORDERED that each of the parties shall bear its own attorneys' fees and costs, and that the Court shall retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: __December 7_____ 2017     _____
UNITED STATES DISTRICT JUDGE

